**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Raleigh Area Office
434 Fayetteville Street, Suite 700
Raleigh, NC 27601
(984) 275-4800
Website: www.eeoc.gov

# DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 03/05/2023

**To:** Craige Robinson
1524 Thoroughbred Trail
Parkton, NC 28371

Charge No: 433-2022-02101

EEOC Representative and email: ALVAN ROBINSON
Senior Federal Investigator
alvan.robinson@eeoc.gov
984-275-4825

## DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 433-2022-02101.

On behalf of the Commission,

*Alvan L. Robinson*  For/

Michael D. Kirkland
Acting Raleigh Area Director