AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| Craige Robinson ) | | |
| ) | | |
| *Plaintiff(s)* ) | | |
| v. ) | Civil Action No. 7:23-cv-1041 | |
| Mountaire Farms of North Carolina Corp. ) | | |
| *Defendant(s)* ) | | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*    Mountaire Farms of North Carolina Corp.
CT Corporation System, Registered Agent
160 Mine Lake Ct Ste 200
Raleigh, NC 27615

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ralph T. Bryant, Jr.
Ralph Bryant Law Firm
313-F Clifton St.
Greenville N.C. 27858
(NC State Bar # 18119)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*