UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CRAIGE ROBINSON, )<br>)<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>MOUNTAIRE FARMS OF NORTH )<br>CAROLINA CORP., )<br>)<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:23-CV-1041-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion for summary judgment [D.E. 22]. Defendant may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules. The clerk shall close the case.

<u>This Judgment filed and entered on November 4, 2024, and copies to</u>:
Counsel of record for the parties (via CM/ECF electronic notification)

November 4, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk